IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROL WOODRUFF and DESIREE SAVARESE, | CIVIL ACTION FILE NO. |
| Plaintiffs, | 1:13-cv-00916-CAP |
| v. | |
| THE JOHN GROUP LLC, JOHN ERIC EAGLIN, and ANTOINETTE EAGLIN, | |
| Defendants. | |

### CONSENT JUDGMENT

WHEREAS Plaintiffs Carol Woodruff and Desiree Savarese (collectively, "Plaintiffs") filed their Complaint against Defendants The John Group LLC, John Eric Eaglin, and Antoinette Eaglin (collectively, "Defendants"), on March 21, 2013; and

WHEREAS Defendants were served with the Complaint on March 25, 2013; and

1

Whereas the Plaintiffs and Defendants have reached a settlement, and for the consideration contained herein which the Parties acknowledge is sufficient, and for good cause and just reason; IT IS HEREBY,

ORDERED, ADJUDGED AND DECREED as follows:

1. No further pleadings shall be permitted except as provided in this Order;

2. Plaintiffs shall have a judgment against Defendants The John Group LLC, John Eric Eaglin, and Antoinette Eaglin, jointly and severally, in the amount of $60,000.00;

3. Plaintiffs have agreed to accept and Defendants have agreed, jointly and severally, to pay to Plaintiffs the sum of $44,660.00 per the following schedule:

   a. On or before July 1, 2013, a total of $4,660.00 shall be paid to Plaintiffs in the following amounts: $1,660.00, less applicable withholding, to Carol Woodruff; $2,000.00, less applicable withholding, to Desiree Savarese; and $1,000.00 to Mays & Kerr LLC;

2

b. On or before August 1, 2013, a total of $5,000.00 shall be paid to Plaintiffs in the following amounts: $2,000.00, less applicable withholding, to Carol Woodruff; $2,000.00, less applicable withholding, to Desiree Savarese; and $1,000.00 to Mays & Kerr LLC;

c. On or before September 1, 2013, a total of $5,000.00 shall be paid to Plaintiffs in the following amounts: $2,000.00, less applicable withholding, to Carol Woodruff; $2,000.00, less applicable withholding, to Desiree Savarese; and $1,000.00 to Mays & Kerr LLC;

d. On or before October 1, 2013, a total of $5,000.00 shall be paid to Plaintiffs in the following amounts: $2,000.00, less applicable withholding, to Carol Woodruff; $2,000.00, less applicable withholding, to Desiree Savarese; and $1,000.00 to Mays & Kerr LLC;

e. On or before November 1, 2013, a total of $25,000.00 shall be paid to Plaintiffs in the following amounts: $12,398.38, less applicable withholding, to Carol Woodruff; $7,086.22, less applicable

3

withholding, to Desiree Savarese; and $5,515.40 to Mays & Kerr LLC;

4. Time is of the essence, and if Defendants fail to strictly comply with the above schedule of payments, Defendants will be in default ("Default"). In the event of Default of any payment called for in this Consent Judgment, Plaintiffs' counsel shall notify Defendants through Defendants' counsel by either facsimile transmission, regular mail, or electronic mail transmission. If the Default is not cure within ten calendar days of said notice, Plaintiffs shall be allowed take an execution against Defendants for the $60,000.00 less payments received and pursue any and all post-judgment remedies against Defendants. Defendants shall be allowed to cure one Default during the period of the schedule of payments.

5. As long as Defendants strictly comply with the Payment Schedule, Plaintiffs are stayed from taking any further action in this case including but not limited to taking an execution against Defendants or pursuing any post-judgment collection actions against Defendants.

6. Upon completion of the scheduled payment set forth above by Defendants, Plaintiffs shall file and record a satisfaction of judgment and Plaintiffs shall be forever barred from executing the judgment referenced in Paragraph 2.

4

SO ORDERED, this <u>7th</u> day of <u>June</u>, 2013.

<u>/s/Charles A. Pannell, Jr.</u>
Honorable Charles A. Pannell, Jr.
United States District Court Judge

Agreed and Consented to:

<u>/s/ Jeff Kerr, Esq.</u>
Georgia Bar No. 634260
**MAYS & KERR LLC**
229 Peachtree Street NW Suite 980
Atlanta, Georgia 30303
Telephone: (404)-410-7998
Facsimile: (877)-813-1845
jeff@maysandkerr.com

Counsel for Plaintiffs

<u>/s/ Brian Holladay, Esq.</u>
Georgia Bar No. 300576
**MARTENSON, HASBROUCK & SIMON LLP**
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
Telephone: (404)-909-8100
Facsimile: (404)-909-8120
bholladay@martensonlaw.com

Counsel for Defendants